UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HAKIM I. KAMAU, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JUDGE TANYA W. PRATT, et al., )<br>)<br>Defendants. ) | No. 1:07-cv-1400-RLY-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the action is dismissed pursuant to 28 U.S.C. § 1915A(b). Claims against Judge Tanya W. Pratt and Judge Richard Sallee are dismissed with prejudice, while any claim for malicious prosecution is dismissed without prejudice.

Date: 04/29/2008

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Hakim I. Kamau
DOC #923538
Indiana State Prison
P.O. Box 41
Michigan City, IN 46360